# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CADENCE INNOVATION LLC, *et al.*,[1] | Case No. 08-11973 (KG) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: May 7, 2010 at 4:00 p.m.** |
| | **Hearing Date: May 14, 2010 at 9:00 a.m.** |

## NOTICE OF DEBTORS' MOTION TO SELL CERTAIN PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 105 AND 363 OF THE BANKRUPTCY CODE FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

**PLEASE TAKE NOTICE** that on April 23, 2010, the above captioned debtors and debtors-in-possession (the "Debtors") filed the **Motion to Sell Certain Property of the Estate Pursuant to 11 U.S.C. §§ 105 and 363 of the Bankruptcy Code Free and Clear of Liens, Claims, and Encumbrances** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **May 7, 2010 at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received and the objection is not otherwise timely resolved, a hearing to consider the objection and the Motion will be held before The Honorable Kevin Gross, U. S. Bankruptcy Judge, at the U. S. Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801 on **May 14, 2010 at 9:00 a.m. (Eastern Time).**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Cadence Innovation LLC (5972) and New Venture Real Estate Holdings, LLC (2397).

46102/0001-6482367v1

IF NO OBJECTION TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 23, 2010

Respectfully submitted,

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

By: _____
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

*Counsel for the Debtors and Debtors in Possession*

46102/0001-6482367v1